# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JARVIS TERREL MILES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0763

_____

May 24, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.